COMMONWEALTH of Pennsylvania,
Respondent

v.

Sherrod RICE, Petitioner

No. 361 EAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

### ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

Niche KNIGHT, Petitioner

v.

WORKERS' COMPENSATION AP-PEAL BOARD (COMMONWEALTH OF PENNSYLVANIA, NORRIS-TOWN STATE HOSPITAL), Respondent

No. 340 EAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

### ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Rafiq SMITH, Petitioner

No. 303 EAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

### ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**